**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 74 WAL 2018

                Respondent      :

                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court

                v.                              :

                                    :

ROBERT FERRANTE,                    :

                                    :

              Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.